LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Petitioner
RAFAEL RIVAS SAAVEDRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL EDUARDO RIVAS SAAVEDRA, Petitioner, vs. WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., Respondents. | Case No.: 1:26-cv-03516 DJC-JDP STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DEADLINES FOR JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE |

Petitioner RAFAEL RIVAS SAAVEDRA (hereafter "Mr. Rivas"), by and through his attorney Todd D. Leras, and Respondents Warden, California City Immigration Processing Center, et al. (hereafter jointly referred to as "Respondents"), by and through Assistant United States Audrey Hemesath, stipulate as follows and request modification of the Court's previous Minute Order Setting Deadlines for the Parties to File a Joint Status Report and a Proposed Briefing Schedule (ECF Document 8 – hereafter referred to as the "Case Management Order"):

ORDER EXTENDING JOINT STATUS REPORT
AND ~~PROPOSED~~ BRIEFING SCHEDULE
DEADLINES

1.  Petitioner is an immigration detainee presently housed at the California City Immigration Processing Center ("CCIPC") in California City, Kern County, California.  CCIPC is located approximately 350 miles from downtown Sacramento – a drive of 5 ½ hours.

2.  Mr. Rivas initiated this Petition, *pro se*, for issuance of a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on May 7, 2026 (ECF Document 1).  The Court, after reviewing the Petition, determined that the case would benefit from the appointment of counsel.  (ECF Entry 4).

3.  Attorney Todd D. Leras accepted appointment on behalf of Mr. Rivas on May 18, 2026 (ECF Entry 8).  The Court approved the appointment of Attorney Leras that same day and simultaneously issued the Case Management Order.

4.  Attorney Leras and Assistant United States Audrey Hemesath exchanged emails regarding this matter beginning on May 20, 2026.  The parties believe, following their email discussions, that this matter may be capable of resolution through stipulation. The deadline set for complying with the Case Management Order, Monday, May 25, 2026, is Memorial Day, a federal and state holiday.

5.  Given the recency of the appointment of counsel, the distance between counsel's office and CCIPC, and the holiday weekend, Mr. Leras requires additional time to consult with Mr. Rivas regarding the Petition and the proposed stipulation.

6.  The parties jointly request to extend the deadline for complying with the Case Management Order to June 15, 2026.

Assistant United States Attorney Anthony Andrews has authorized Todd Leras via email

ORDER EXTENDING JOINT STATUS REPORT
AND ~~PROPOSED~~ BRIEFING SCHEDULE
DEADLINES

to sign this stipulation on her behalf.

DATED: May 22, 2026

ERIC GRANT
United States Attorney

By    */s/ Todd D. Leras for*
AUDREY HEMESATH
Assistant United States Attorney
Attorney for Respondents

DATED:  May 22, 2026

By    */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Petitioner

ORDER EXTENDING JOINT STATUS REPORT
AND ~~PROPOSED~~ BRIEFING SCHEDULE
DEADLINES

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OFHE PARTIES, it is hereby ordered that the deadlines to file a Joint Case Status Report and Proposed Briefing Schedule, previously set by Minute Order, dated May 11, 2026 (ECF Document 8), are extended to June 15, 2026.

IT IS SO ORDERED.

DATED:  May 26, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING JOINT STATUS REPORT
AND ~~PROPOSED~~ BRIEFING SCHEDULE
DEADLINES